```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 21653
    TAMARA GLOVER SIMS
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-8334


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 08/18/2008 and was not confirmed.

      The case was converted to chapter 7 without confirmation 10/27/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                              PAID             PAID
------------------------------------------------------------------------------
AMER GEN FIN              UNSECURED         NOT FILED            .00              .00
AMER GEN FIN              UNSECURED         NOT FILED            .00              .00
AMERICAN GENERAL FINANCI  UNSECURED           1119.56            .00              .00
AMERICAN GENERAL FINANCE  UNSECURED         NOT FILED            .00              .00
AMEX                      UNSECURED         NOT FILED            .00              .00
AMEX                      UNSECURED         NOT FILED            .00              .00
AT & T                    UNSECURED         NOT FILED            .00              .00
BARCLAYS BANK DELAWARE    UNSECURED         NOT FILED            .00              .00
CHILDRENS MEMORIAL HOSPI  UNSECURED         NOT FILED            .00              .00
CHILDRENS MEMORIAL HOSPI  UNSECURED         NOT FILED            .00              .00
COMCAST                   UNSECURED         NOT FILED            .00              .00
COMMONWEALTH EDISON       UNSECURED            180.93            .00              .00
DSNB MACYS                UNSECURED         NOT FILED            .00              .00
PREMIER BANKCARD          UNSECURED            482.19            .00              .00
GREAT AMERICAN FINANCE    UNSECURED            968.32            .00              .00
HSBC BSTBY                UNSECURED         NOT FILED            .00              .00
ICS                       UNSECURED         NOT FILED            .00              .00
LOYOLA HOSPITAL           UNSECURED         NOT FILED            .00              .00
MERCEDES BENZ CREDIT      UNSECURED         NOT FILED            .00              .00
SPRINT NEXTEL             UNSECURED           1738.77            .00              .00
NICOR GAS                 UNSECURED         NOT FILED            .00              .00
NICOR GAS                 UNSECURED         NOT FILED            .00              .00
PEOPLES ENERGY            UNSECURED           1303.85            .00              .00
TCF BANK                  UNSECURED         NOT FILED            .00              .00
TARGET NATIONAL BANK      UNSECURED           4962.75            .00              .00
VIRGINIA JACKSON          UNSECURED         NOT FILED            .00              .00
AMERICAS SERVICING COMPA  MORTGAGE NOTI     NOT FILED            .00              .00
AMERICAN HOME MORTGAGE    CURRENT MORTG           .00            .00              .00
AMERICAS SERVICING COMPA  CURRENT MORTG           .00            .00              .00
CITIFINANCIAL MORTGAGE    CURRENT MORTG           .00            .00              .00
CITIFINANCIAL MORTGAGE    MORTGAGE ARRE      6500.00             .00              .00
CITY OF CHICAGO WATER DE  SECURED             303.14             .00              .00
US BANK                   CURRENT MORTG           .00            .00              .00
US BANK                   MORTGAGE ARRE     25000.00             .00              .00
INTERNAL REVENUE SERVICE  NOTICE ONLY       NOT FILED            .00              .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 21653 TAMARA GLOVER SIMS
```

```
KELLY TAYLOR              NOTICE ONLY    NOT FILED             .00            .00
AMERICAS SERVICING COMPA  SECURED NOT I  37793.30              .00            .00
AMERICAN HOME MORTGAGE    SECURED NOT I  25143.13              .00            .00
PHILIP A IGOE             DEBTOR ATTY         .00                             .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00
```

Summary of Receipts and Disbursements:

```
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         ---------------      ---------------
TOTALS                        .00                    .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 01/27/09            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE